CARLIE CHRISTENSEN, United States Attorney (#633)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
185 S. State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387
e-mail: michael.kennedy@usdoj.gov

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
SEP 20 2011
BY D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MAGIS. NO. 2:11mj251 PMW |
| Plaintiff, | : | COMPLAINT |
| vs. | : | VIO. 49 U.S.C. § 46505(b)(1) DANGEROUS WEAPON ON AN AIRCRAFT |
| DAVID ALAN ANDERSON, | : | |
| Defendant. | : | 18 U.S.C. § 115 RETALIATION AGAINST A FEDERAL LAW ENFORCEMENT OFFICER BY THREAT OF MURDER |

Before a United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

## COUNT 1

On or about September 18, 2011, in the Central Division of the District of Utah,

DAVID ALAN ANDERSON,

the defendant herein, when on an aircraft in and intended for operation in air transportation, did have on or about his person and property a concealed dangerous weapon, to wit, a Gerber folding knife with an approximately three-and-one-half inch blade, that would be accessible to him in flight, all in violation of 49 U.S.C. § 46505(b) and punishable thereunder.

## COUNT 2

On or about September 18, 2011, in the Central Division of the District of Utah,

DAVID ALAN ANDERSON,

the defendant herein, with the intent to impede, intimidate and interfere with a Federal law enforcement officer while such officer was engaged in, and on account of such officer's performance of, official duties, to wit, the investigation of weapons offenses committed at the Salt Lake International Airport, and with the

intent to retaliate against such officer, did threaten to murder such Federal law enforcement officer, all in violation of 18 U.S.C. § 115(a)(1)(B) and punishable under 18 U.S.C. § 115(b)(4).

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I presently am assigned to investigate matters including violent crimes and violations in the special aircraft jurisdiction of the United States and other violations of Federal law. This affidavit is based on my own investigation and the investigation of others with which I am familiar.

2. On September 18, 2011 DAVID ALAN ANDERSON was a ticketed passenger aboard Delta Airlines flight 2478, with scheduled service from Salt Lake City, Utah to Las Vegas, Nevada. Departure time was scheduled for 09:50 a.m.

3. ANDERSON had been screened by the Transportation Security Administration, and had boarded an aircraft at Salt Lake City International Airport at Gate D-4.

4. During the boarding process of Flight 2478 ANDERSON walked to his assigned seat 5A and sat in that seat. Shortly after sitting down, ANDERSON began elbowing the passenger next to him in seat 5B to "claim" the armrest. The passenger in seat 5B then moved further away from ANDERSON.

5. The passenger in seat 5B then noticed that ANDERSON was placing his foot on seat 5B passenger's leg. The passenger in seat 5B said to ANDERSON, "Sir, you are going to have to move over."

6. About five minutes later, the passenger sitting in seat 5B looked over to ANDERSON and found him staring at him. ANDERSON said to the passenger in seat 5B, "If I have a knife I would slit you throat right now," or that he would "slice [the 5B passenger's] throat" if he didn't "shut the fuck up".

7. The passenger in seat 5B got up and spoke to the flight attendants about the threat that had just been made to him. At this time, the flight attendants looked at ANDERSON and noticed him with something cupped in his hand and then reach into his bag several times.

8. Because of the threats of a weapon, the flight attendants feared for their personal safety and the safety of the passengers aboard the aircraft.

9. The flight attendants alerted the captain about what had just happened, and the captain then called for the police to remove ANDERSON from the aircraft.

10. Once police arrived, they talked to the flight crew. The flight crew explained what they had seen with ANDERSON'S hand and bag. The passenger from seat 5B, who was waiting on the jetway, also described the incident with ANDERSON.

11. Salt Lake City Police officers made contact with ANDERSON, who denied having a weapon or making a threat to another passenger. He consented to the officers searching his carry-on bag. The officers then looked in the bag and noticed a knife sitting on top of the bag carried by ANDERSON. The knife was a Gerber folding knife with an approximately 3½-inch blade. The bag was inside the secure area and ANDERSON had carried the knife aboard the aircraft.

12. ANDERSON was handcuffed and taken to the airport police station. ANDERSON smelled slightly of alcohol, but did not appear intoxicated. He exhibited neither slurred speech nor lack of coordination. While at the police station, ANDERSON made numerous threats against officers, agents, and others, including the following:

a. Telling an arresting Salt Lake City police officer that he would "find out where you live and cut your eyeballs and kill you, mother fucker," "I'm going to kill you in front of your children, you mother fucker," and "I'm going to torture you in front of your children;"

b. Telling FBI SA J.K., "Your days are not long;" "It's a shotgun in the chest;" "I'll pull your eyeballs out;" "I'll find out where you live Mr. Agent, you fucking F.B.I.;" and making other similar threats against SA J.K. and his family; and

c. During transportation to jail, threatening SA J.K. and FBI SA D.H. with statements including the following:

    i. "I got a good look at both of you."
    ii. "You'll remember this day for the rest of your lives. Your short lives."
    iii. "It will give me a lot of pleasure to see you again, but you won't see me, Bucko."
    iv. "You're locking up the wrong guy."
    v. "You're a dead man and I don't give a fuck."
    vi. "Where do you live? Haven't you got the guts to tell me where you live?"

_____
TODD PALMER
Special Agent
Federal Bureau of Investigation

[SPACE INTENTIONALLY BLANK]
[CONTINUED NEXT PAGE]

SUBSCRIBED AND SWORN TO BEFORE ME this 20th day of September, 2011.

PAUL M. WARNER
United States Magistrate Judge

APPROVED:

CARLIE CHRISTENSEN
United States Attorney

MICHAEL KENNEDY
Assistant United States Attorney