# United States District Court

DISTRICT OF UTAH CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Anderson**

FILED
S. DISTRICT COURT

2014 DEC -8 A 9: 25

DISTRICT OF UTAH

DEPUTY CLERK

## WARRANT FOR ARREST

**CASE NUMBER: 2:11-cr-00841-001-DAK**

👉 **ORIGINAL**

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DAVID ALAN ANDERSON** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Order of court
- ☐ Violation Notice
- ☒ Probation Violation Petition
- ☐ Supervised Release Violation Petition

RECEIVED
UNITED STATES MARSHAL
DISTRICT OF UTAH
2014 DEC -1 P2 21

charging him or her with (brief description of offense)

### Alleged Probation Violation

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Signature of Issuing Officer

By:    Brittany Robinson
Deputy Clerk

Clerk of Court
Title of Issuing Officer

December 1, 2014 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/1/14 | DUSM Ryan Erm | |
| DATE OF ARREST | | |
| 12/3/14 | | |