PROB 12C

# United States District Court
## for the District of Utah

FILED
U.S. DISTRICT COURT

### Request and Order to Amend Previous Petition

2015 JAN -6 P 2:14

Name of Offender: **David Alan Anderson**  Docket Number: **2:11-CR-00841-001-DAK**

DISTRICT OF UTAH

Name of Sentencing Judicial Officer:  **Honorable Dale A. Kimball**
                                      **Senior U.S. District Judge**

BY: _____
DEPUTY CLERK

Date of Original Sentence: **June 12, 2012**

Original Offense:  **Count 1: Carrying a Concealed Weapon or Explosive on an Aircraft [48 U.S.C. § 46505 (b)(1)]**

Original Sentence: **36 Months Probation**

Type of Supervision:   **Probation**                    Supervision Began: **June 12, 2012**

## PETITIONING THE COURT

[ X ]  To amend the petition signed on December 30, 2014 as follows:

## CAUSE

*Allegations on December 30, 2014 petition:*

**Allegation No. 1:**  On December 29, 2014, at about 12:40 am, the defendant committed another federal, state, or local crime, to wit: operated a motor vehicle with alcohol in his system as an alcohol restricted driver.

**Allegation No. 2:**  On December 29, 2014, at about 12:40 am, the defendant committed another federal, state, or local crime, to wit: operated a motor vehicle under the influence of alcohol.

**Allegation No. 3:**  On December 29, 2014, the defendant consumed or possessed alcohol.

**Allegation No. 4:**  On December 29, 2014, the defendant failed to permit the probation officer from visiting him at home or elsewhere.

*Additional allegations:*

**Allegation No. 5:**  The defendant was arrested and questioned by law enforcement on December 29, 2014 and failed to notify his probation officer within 72 hours. To date, Mr. Anderson has failed to notify his probation officer as required.

Evidence in support of the above allegations are enclosed in the probation officer's case file, including records obtained from local law enforcement agencies.

PROB 12C

David Alan Anderson
2:11-CR-00841-001-DAK

I declare under penalty of perjury that the foregoing is true and correct

_____
Timothy Merna, U.S. Probation Officer
Date: January 2, 2015

## THE COURT ORDERS:

[X] That the original petition be amended
    to include all allegations outlined
[ ] No action
[ ] Other

_____
Honorable Dale A. Kimball
Senior U.S. District Judge

Date: January 5, 2015